176 A.3d 218

IN THE MATTER OF THE CIVIL COMMITMENT
OF P.P., SVP–711–15. (P.P.–PETITIONER)

C–365 September Term 2017
079862

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004011–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

176 A.3d 219

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v.
TIMOTHY C. AMAN, DEFENDANT–PETITIONER.

C–374 September Term 2017
079591

December 1, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001029–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.